No. 5980.—Rodríguez, peticionario, *v.* López, Etc., dmdo.—C. D. San Juan. ▮▮▮▮▮▮▮ Marzo 24, 1932.

(Por la corte, a propuesta del Juez Asociado Sr. Hutchison.

Vista con la sola asistencia del promovente la moción que antecede, en la cual se solicita la desestimación de la presente apelación entre otros motivos porque el demandado en este caso ni ninguna persona a su nombre ha pagado los derechos de radicación ni de sus alegaciones al comparecer, ni derecho alguno al radicar su escrito de apelación, siendo el demandado una persona particular y no formar parte del Gobierno Insular de Puerto Rico, y de acuerdo con la constante jurisprudencia ya establecida por este tribunal en los casos de *Delgado* v. *Cárdenas,* 34 D.P.R. 240, *Paz* v. *Bonet,* 30 D.P.R. 926, y *Nazario* v. *Santos,* 27 D.P.R. 89, se desestima la apelación interpuesta contra la sentencia dictada por la Corte de Distrito de San Juan con fecha 21 de enero, 1932.

No. 5908.—Cuebas, aplda., *v.* Comisión de Indem. a Obreros, dmda. y Hernández, aplte.—C. D. Aguadilla. ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮ Marzo 24, 1932.

(Por la corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vista la moción que antecede con la sola asistencia de la parte apelante, examinado el alegato del promovente, el escrito de oposición, el memorándum de autoridades presentado por el apelante y los casos de *Rodríguez* v. *La Comisión de Indemnizaciones a Obreros,* 31 D.P.R. 185, y *Pérez* v. *Rivera,* 31 D.P.R., 832, no ha lugar a la desestimación solicitada.

No. 5972.—Nieves, apldo., *v.* R. R. Lutz et al., apltes. C. D.—San Juan. ▮▮▮▮▮▮▮ Marzo 26, 1932.

Por cuanto, se ha presentado una moción de desestimación fundada en tres motivos.

Por cuanto, aparece que los apelantes están actuando como funcionarios públicos y por tanto no están en la obligación de pagar derechos:

Por cuanto, aparece que los apelantes no han sido negligentes y que las prórrogas concedídasles no eran inusitadas ni fuera de tiempo:

Por cuanto, el apelado no nos ha convencido que la apelación es frívola:

Por tanto, se declara *sin lugar* la moción de desestimación.